# United States Court of Appeals
### For the Eighth Circuit

_____

No. 15-2053
_____

Leon Henry Carter, III

*Plaintiff - Appellant*

v.

Ralph Clark; Plastech Industries; Plastech Corporation

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: December 14, 2015
Filed: December 15, 2015
[Unpublished]

_____

Before GRUENDER, BENTON, and KELLY, Circuit Judges.

_____

PER CURIAM.

Leon Carter appeals the district court's[1] dismissal of his action as barred by collateral estoppel and res judicata. Upon careful review, we conclude that the dismissal was proper. *See Nolles v. State Comm. for Reorg. of Sch. Dists.*, 524 F.3d 892, 901 (8th Cir. 2008) (res judicata effect of first forum's judgment is governed by first forum's law; de novo standard of review); *see also Hauschildt v. Beckingham*, 686 N.W.2d 829, 840 (Minn. 2004) (standard for applying res judicata; doctrine applies not only to every matter which was actually litigated, but also to every matter which might have been litigated).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Michael J. Davis, then-Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendation of the Honorable Leo I. Brisbois, United States Magistrate Judge of the District of Minnesota.